```
                  UNITED STATES BANKRUPTCY COURT
                   EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION
```

In re:                              ) CASE NO: 11-44752-399  Chapter 13
      MARRIEL L BILLINGSLEY         )
                                    ) Trustee's Objection to Confirmation
                                    )
                                    ) Original confirmation hearing
                        Debtor(s)   ) set for Jul 11, 2011 10:00 AM

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

   **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

 1. The plan does not provide sufficient funds to pay all creditors entitled to full payment, including fair market value of secured claims and priority debts. 11 USC Secs. 1322(a)(2) & 1325(a)(5)(B)(ii)
 2. The Trustee has not received a copy of the most recently filed Federal tax return.
 3. The set monthly payments to be made by the Trustee exceed the plan payment.
 4. The plan is ambiguous or incapable of ascertainment (11 U.S.C. Secs. 1321 & 1325(a)(3)) because:
    PLAN FAILS TO ADDRESS POST PETITION MORTGAGE PAYMENTS
    AND CONTAINS INSUFFICIENT FUNDS TO PAY THESE DEBTS
    IN FULL.

   **WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

                                       /s/ John V. LaBarge, Jr.
KLW-221                                ---------------------------------
                                       John V LaBarge Jr
Copy served on the following either    Chapter 13 Trustee
through the Court's ECF system or by   P.O. Box 430908
ordinary mail on June 2, 2011      :   St. Louis, MO 63143    (314) 781-8100
                                       trust33@ch13stl.com   Fax:(314) 781-8881

LEGAL HELPERS PC
515 OLIVE ST
STE 702
ST LOUIS MO  63101

MARRIEL L BILLINGSLEY
1627 CHESLEY DR
SAINT LOUIS MO  63136